[No. 64614-1-I.   Division One.   April 25, 2011.]

LACEY M. FILOSA, *Respondent*, v. PAINLESS STEEL—EVERETT, LLC, ET AL., *Respondents*, SCOTTSDALE INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-05281-8, Ronald L. Castleberry, J., entered October 28, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 64634-6-I.   Division One.   April 25, 2011.]

*In the Matter of the Parentage of* I.C.

PATRICK CONARRO, *Appellant*, v. CLIFFORD PITCHER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 09-5-00536-3, Patricia H. Clark, J., entered November 24, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64851-9-I.   Division One.   April 25, 2011.]

CATHERINE WEBERT, *Appellant*, v. SEATTLE UNIVERSITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-16533-7, Regina S. Cahan, J., entered January 6, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.

[No. 64878-1-I.   Division One.   April 25, 2011.]

SUE SHERMAN, *Appellant*, v. DENNIS DIEDRICH, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-00439-5, Susan K. Cook, J., entered February 5, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Schindler, JJ.